Murray v National Coll. Athletic Assn. (2025 NY Slip Op 00588)

Murray v National Coll. Athletic Assn.

2025 NY Slip Op 00588

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

917 CA 23-01483

[*1]DONALD F. MURRAY, PLAINTIFF-APPELLANT,
v
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
GOLDBERG SEGALLA LLP, BUFFALO (MEGHAN M. BROWN OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Vincent M. Dinolfo, J.), entered August 21, 2023. The order granted the motion of defendant to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court